# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2181
LT Case No. 2014-CF-001620-A

_____

SHAMEIL SMITH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Lindsay Tygart, Judge.

Shameil Smith, Milton, pro se.

No Appearance for Appellee.

October 17, 2023

PER CURIAM.

AFFIRMED.

HARRIS, BOATWRIGHT, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____